No. 89–1891.  RANKIN v. ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 89–1892.  GONZALES v. NEW MEXICO EDUCATIONAL RETIREMENT BOARD ET AL.  Sup. Ct. N. M.  Certiorari denied.

No. 89–1894.  COLOMA v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–1896.  AVONDALE SHIPYARDS, INC. v. ORGERON ET UX.  Sup. Ct. La.  Certiorari denied.

No. 89–1898.  OKEN v. MAINE.  Super. Ct. Me., Knox County. Certiorari denied.

No. 89–1899.  RYPKEMA, DBA LAUREL HILL TRUCKING CO. v. CALURI.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 89–1903.  FLEMINGS ET AL. v. DINKINS, MAYOR OF THE CITY OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–1906.  DEUTSCH v. FLANNERY ET AL.  C. A. 9th Cir. Certiorari denied.

No. 89–1907.  MANFREDI v. CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 89–1908.  CONNECTICUT v. KRISTY.  App. Ct. Conn. Certiorari denied.

No. 89–1910.  LIMBACH, TAX COMMISSIONER OF OHIO v. AMERICAN HOME PRODUCTS CORP.  Sup. Ct. Ohio.  Certiorari denied.

No. 89–1911.  BELL v. LYDEN.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 89–1912.  BRICK v. TEXAS.  Ct. App. Tex., 14th Dist. Certiorari denied.